**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE DAILY FANTASY SPORTS MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 2677 |
|---|---|

## AMENDED CERTIFICATE OF SERVICE

I, James P. Fogelman, hereby certify that on January 6, 2016, a copy of Defendant DraftKings, Inc.'s NOTICE OF RELATED ACTIONS was filed electronically through the CM/ECF system, copies of which were sent by either First Class Mail or Federal Express to anyone unable to accept them via e-mail on January 8, 2016.

Additional parties listed in the attached amended service list were also served by First Class Mail, Federal Express, or by e-mail on January 8, 2016.

/s/ James P. Fogelman
James P. Fogelman

IN RE DAILY FANTASY SPORTS MARKETING AND SALES PRACTICES LITIGATION
SERVICE LIST

| | |
|---|---|
| **Vincent J. Trimarco, Jr.**<br>LAW OFFICE OF VINCENT J. TRIMARCO<br>1038 W. Jericho Tpke<br>Smithtown, NY 11787<br>Tel: 631-543-3456<br>vtrimarco@trimarcolaw.com<br>*Counsel for Plaintiff Stephen Giametta*<br>*Civil Action No. 2:16-cv-00004 (E.D.N.Y.)* | **Daniel S. Robinson**<br>**Kevin Frank Calcagnie**<br>**Mark P. Robinson, Jr.**<br>ROBINSON CALCAGNIE ROBINSON<br>SHAPIRO DAVIS INC.<br>19 Corporate Plaza Drive<br>Newport Beach, CA 92660<br>Tel: 949-720-1288<br>drobinson@rcrsd.com<br>*Counsel for Plaintiff Daniel Hale*<br>*Civil Action No. 8:15-cv-01879 (C.D. Cal.)* |
| **Bruce E. Newman**<br>**Cody Nolan Guarnieri**<br>BROWN, PAINDIRIS & SCOTT, LLP<br>747 Stafford Avenue<br>Bristol, CT 06010<br>Tel: 860-583-5200<br>bnewman@bpslawyers.com<br>*Counsel for Plaintiffs Giancarlo Carbone and*<br>*Jeremy Huard*<br>*Civil Action No. 3:15-cv-01740 (D. Conn.)* | **Benjamin Coleman**<br>**Lee L. Coleman**<br>HUGHES & COLEMAN - LEXINGTON<br>2333 Alexandria Drive, Suite 118<br>Lexington, KY 40504<br>Tel: 859-260-1722<br>lcoleman@hughesandcoleman.com<br>*Counsel for Plaintiffs Dustin Turner and*<br>*Crystal Turner*<br>*Civil Action No. 1:15-cv-00154 (W.D. Ky.)* |
| **Christopher W. Byron**<br>BYRON CARLSON PETRI & KALB, LLC<br>411 St. Louis Street<br>Edwardsville, IL 62025<br>Tel: 618-655-0600<br>Fax: 618-655-4004<br>*Counsel for Plaintiff Ryan Stoddart*<br>*Civil Action No. 3:15-cv-01307 (S.D. Ill.)* | **Christopher B. Hood**<br>**James F. McDonough III**<br>**Taylor C. Bartlett**<br>HENIGER GARRISON & DAVIS, LLC-AL<br>2224 1st Avenue North<br>Birmingham, AL 35203<br>Tel: 205-326-3336<br>chood@hgdlawfirm.com<br>jmcdonough@hgdlawfirm.com<br>taylor@hgdlawfirm.com<br>*Counsel for Plaintiffs Aaron Hodge and*<br>*Michelle Hodge*<br>*Civil Action No. 1:15-cv-03951 (N.D. Ga.)* |
| **Frank L. Watson, III**<br>WATSON BURNS, LLC<br>253 Adams Ave<br>Memphis, TN 38103<br>Tel.: 901-578-3528<br>fwatson@watsonburns.com<br>*Counsel for Plaintiff Adam Walls*<br>*Civil Action No. 2:15-cv-02834 (W.D. Tenn.)* | |

**Frank L. Watson, III**
WATSON BURNS, LLC
253 Adams Ave
Memphis, TN 38103
Tel.: 901-578-3528
fwatson@watsonburns.com
*Counsel for Plaintiff Grace Walls*
*Civil Action No. 2:15-cv-02835 (W.D. Tenn.)*

**Christopher B. Hood**
**James F. McDonough III**
**Taylor C. Bartlett**
HENIGER GARRISON & DAVIS, LLC-AL
2224 1st Avenue North
Birmingham, AL 35203
Tel: 205-326-3336
chood@hgdlawfirm.com
jmcdonough@hgdlawfirm.com
taylor@hgdlawfirm.com
*Counsel for Plaintiffs Robert Todd Mishkin*
*and Samuel Lozada*
*Civil Action No. 2:15-cv-02083 (N.D. Ala.)*

**Fanduel, Inc.**
19 Union Square West, 9th Floor
New York, NY 10003
*Defendant*
*Civil Action Nos. 2:15-cv-06720 (E.D. La.);*
*1:15-cv-09902 (S.D.N.Y.); 2:16-00004*
*(E.D.N.Y.); 8:15-cv-01879 (C.D. Cal.); 1:15-*
*cv-09725 (S.D.N.Y.); 1:15-cv-09641*
*(S.D.N.Y.); 1:15-cv-13807 (D. Mass.)*

**Jason M. Wexler**
ALDRIDGE GRAMMER & HAMMER PA
1212 Pennsylvania St. NE
Albuquerque, NM 87110
Tel: 505-266-8787
jwexler@abqlawnm.com
*Counsel for Defendant FanDuel, Inc.*
*Civil Action No. 1:15-cv-01121 (D.N.M.)*

**Brittany Sloane Weiner**
IMBESI CHRISTENSEN AND MICHAEL
450 7th Avenue
New York, NY 10123
Tel: 212-736-0007
Brittany@lawicm.com
*Counsel for Plaintiff Yehuda Guttman*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Abbas Kazerounian**
KAZEOUNIAN LAW GROUP, APC
245 Fischer Avenue
Suite D1
Costa Mesa, CA 92626
Tel: 800-400-6808
ak@kazlg.com
*Counsel for Plaintiff Julian McMillan*
*Civil Action No. 3:15-cv-02579 (S.D. Cal.)*

**Charles C. Edwards**
**Marc L. Boutwell**
THE LAW OFFICE OF MARC BOUTWELL,
PLLC
103 West China Street
Lexington, MS 39095
Tel: 662-834-9029
edwardcc@bellsouth.net
boutwell@bellsouth.net
*Counsel for Plaintiff Wil Dickerson*
*Civil Action No. 4:15-cv-00164 (N.D. Miss.)*

**Joseph G. Sauder**
**Matthew D. Schelkopf**
**James R. Dugan, II**
**David Baylis Franco**
**Lanson Leon Bordelon**
DUGAN LAW FIRM
One Canal Place
365 Canal St., Suite 1000
New Orleans, LA 70130
Tel: 504-648-0180
jdugan@dugan-lawfirm.com
dfranco@dugan-lawfirm.com
lbordelon@dugan-lawfirm.com
*Counsel for Plaintiff Jon Cosper*
*Civil Action No. 2:15-cv-06720 (E.D. La.)*

**Ira Neil Richards**
SCHNADER HARRISON SEGAL &
LEWIS LLP
1600 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: 215-751-2503
irichards@schnader.com
*Counsel for Defendant FanDuel, Inc.*
*Civil Action No. 2:15-cv-06073 (E.D. Pa.)*

**Wystan M. Ackerman**
ROBINSON & COLE LLP
280 Trumbull St.
Hartford, CT 06103
Tel: 860-275-8299
wackerman@rc.com
*Counsel for Defendant FanDuel, Inc.*
*Civil Action No. 3:15-cv-01740 (D. Conn.)*

**Adam P. Plant**
**Robert E. Battle**
BATTLE & WINN LLP
2901 2nd Avenue South
Suite 220
Birmingham, AL 35233
Tel: 205-397-8165
aplant@battlewinn.com
*Counsel for Defendant FanDuel, Inc.*
*Civil Action No. 2:15-cv-02083 (N.D. Ala.)*

**FanDuel Deposits, LLC**
c/o Corporation Trust Co.
1209 Orange St.
Wilmington, DE 19801
*Defendant*
*Civil Action Nos. 1:15-cv-09902 (S.D.N.Y.);*
*2:16-00004 (E.D.N.Y.); 1:15-cv-09725*
*(S.D.N.Y.)*

**Paul C. Whalen**
LAW OFFICES OF PAUL C. WHALEN, P.C.
768 Plandome Road
Manhasset, NY 11030
Tel: 516-627-5610
Paul@paulwhalen.com
*Counsel for Plaintiff Ryan Franco*
*Civil Action No. 1:15-cv-09902 (S.D.N.Y.)*

**Paul C. Whalen**
LAW OFFICES OF PAUL C. WHALEN, P.C.
768 Plandome Road
Manhasset, NY 11030
Tel: 516-627-5610
Paul@paulwhalen.com
*Counsel for Plaintiff Michael Halperin*
*Civil Action No. 1:15-cv-09725 (S.D.N.Y.)*

**Gary Steven Graifman**
KANTROWITZ GOLDHAMER &
GRAIFMAN, P.C.
747 Chestnut Ridge Rd.
Chestnut Ridge, NY 10977
Tel: 845-356-2570
ggraifman@kgglaw.com
*Counsel for Plaintiffs Brian Martinelli and*
*Paul Guercio*
*Civil Action No. 1:15-cv-09641 (S.D.N.Y.)*

**Wendy Helene Schwartz**
**Lauren K. Handelsman**
BINDER & SCHWARTZ LLP
28 W. 44th St. Suite 700
New York, NY 10036
Tel: 212-510-7272
wschwartz@binderschwartz.com
lhandelsman@binderschwartz.com
*Counsel for Defendant American Express*
*Credit Corporation*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**FanDuel, LLC**
c/o Registered Agents of America
1201 Orange St.
Suite 600
Wilmington, DE 19801
*Defendant*
*Civil Action No. 2:16-00004 (E.D.N.Y.)*

**Edward Soto**
WEIL GOTSHAL & MANGES
1395 Brickell Avenue
Suite 1200
Miami, FL 33131
Tel: 305-577-3177
Edward.soto@weil.com
*Counsel for Defendant Mastercard, Inc.*

**Clerk of the Court**
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C151
New Orleans, LA 70130

**Clerk of the Court**
U.S. District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

**Clerk of the Court**
U. S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Clerk of the Court**
U.S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

**David Z. Pinsky**
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018
Tel: 212-841-1177
dpinsky@cov.com
*Counsel for J.P. Morgan Chase & Co.*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Daniel Jonathan Kramer**
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3020
dkramer@paulweiss.com
*Counsel for 21st Century Fox*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Legends Hospitality LLC**
80 State Street
Albany, NY 12207
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**NHL Enterprises, Inc.**
1251 Avenue of the Americas
47th Floor
New York, NY 10020
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**James Douglas Baldridge**
VENABLE LLP
575 7th Street, North West
Washington, DC 20004
Tel: 202-344-8300
jdbaldridge@venable.com
*Counsel for Vantiv, Inc.*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Scottish Investment Bank**
73 Main Street
Elmsford, NY 10523
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Clerk of the Court**
U.S. District Court
Western District of Kentucky
241 East Main Street
Bowling Green, KY 42101-2175

**Clerk of the Court**
U.S. District Court
Eastern District of Pennsylvania
James A. Byrne Courthouse
601 Market Street
Philadelphia, PA 19106

**Clerk of the Court**
U.S. District Court
District of Connecticut
Richard C. Lee. U.S. Courthouse
141 Church Street
New Haven, CT 06510

**Clerk of the Court**
U.S. District Court
Northern District of Mississippi
911 Jackson Ave East Ste 369
Oxford, MS 38655

**Clerk of the Court**
U.S. District Court
Central District of California
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

**Clerk of the Court**
U.S. District Court
Northern District of Georgia
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Clerk of the Court**
U.S. District Court
Northern District of Alabama
1729 5th Avenue N #140
Birmingham, AL 35203

**Shamrock Capital Advisors LLC**
1100 Glendon Avenue
Suite 1250
Los Angeles, CA 90024
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Tusk Ventures**
928 Broadway, Suite 300
New York, NY 10010
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Atlas Ventures Associates III, LLC**
222 Berkeley Street
Boston, MA 02116
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**GGV Capital**
3000 Sand Hill Road
Building 4, Suite 230
Menlo Park, CA 94025
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Jason Robins**
c/o DraftKings, Inc.
125 Summer Street
Suite 510
Boston, MA 02110
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Hub Angels Management LLC**
131 Marlborough Street
Unit 4
Boston, MA 02116
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**MSG Sports & Entertainment LLC**
80 State Street
Albany, NY 12207
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Clerk of the Court**
U.S. District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

**Clerk of the Court**
U.S. District Court
Western District of Tennessee
167 N Main Street #242
Memphis, TN 38103

**Clerk of the Court**
U.S. District Court
Eastern District of Arkansas
Richard Sheppard Arnold U.S. Courthouse
600 W. Capitol Ave, Rm. A149
Little Rock, AR 72201

**David C. Leimbach**
MARLIN & SALTZMAN LLP
29229 Canwood Street Suite 208
Agoura Hills, CA 91301
Tel: 818-991-8080
dleimbach@marlinsaltzman.com
*Counsel for Plaintiff Sergio Huizar*
*Civil Action No. 2:15-cv-09956 (C.D. Cal.)*

**James A. Streett**
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
Tel: 479-968-2030
james@streettlaw.com
*Counsel for Plaintiff Dustin H. Price*
*Civil Action No. 4:15-cv-00778 (E.D. Ark.)*

**Michael S. Shuster**
HOLWELL SHUSTER & GOLDBERG
750 Seventh Ave., 26th Floor
New York, NY 10019
Tel: 646-837-5151
mshuster@hsgllp.com
*Counsel for Defendant Visa, Inc.*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Major League Baseball Ventures**
c/o Registered Agent
Corporation Service Company
80 State Street
Albany, New York 12207
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**NHL Enterprises LP**
1251 Avenue of the Americas
47th Floor
New York, NY 10020
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**RedPoint Ventures**
3000 Sand Hill Rd.
Building 2, Suite 290
Menlo Park, CA 94025
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**The Raine Group LLC**
2711 Centerville Rd.
Suite 400
Wilmington, DE 19808
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Wellington Management Company LLC**
c/o Registered Agent
Corporation Service Company
84 State Street
Boston, MA 02109
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**HDS Capital LLC**
180 E 64th Street
New York, NY 10065
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Bruce S. Meyer**
**Eric S. Hochstadt**
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue, 25th Fl.
New York, NY 10153
Tel: 212-310-8000
bruce.meyer@weil.com
eric.hochstadt@weil.com
*Counsel for Defendant Mastercard, Inc.*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**National Basketball Association, Inc.**
645 Fifth Avenue
New York, NY 10022
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Kraft Group**
84 State Street
Boston, MA 02109
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Major League Soccer LLC**
80 State Street
Albany, NY 12207
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**M7 Tech Partners LLC**
c/o Registered Agent
Eresidentagent, Inc.
1013 Centre Road
Suite 403S
Wilmington, DE 19805
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Pentech Ventures LLP**
39 Melville Street
Edinburgh, EH3 7JF
United Kingdom
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Time Warner, Inc.**
111 Eighth Avenue
New York, NY 10011
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Time Warner Investments**
111 Eighth Avenue
New York, NY 10011
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**PaySafeCard.com USA, Inc.**
5 Penn Plaza
19th Floor
New York, NY 10001
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**BullPen Capital**
2108 Sand Hill
Menlo Park, CA 94025
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Comcast Ventures**
1701 JFK Blvd.
Philadelphia, PA 19103
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Kohlberg Kravis Roberts (KKR) L.P.**
9 West 57th Street
Suite 4200
New York, NY 10019
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**NBC Sports Ventures LLC**
111 Eighth Avenue
New York, NY 10011
*Defendant*
*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)*

**Capitol One Bank**
c/o Corporation Service Company

| | |
|---|---|
| **Piton Capital LLP**<br>27-29 Glasshouse Street<br>5th Floor<br>London, W1B 5DF<br>United Kingdom<br>*Defendant*<br>*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)* | Bank of America Center<br>16th Floor<br>1111 East Main Street<br>Richmond, VA 23219<br>*Defendant*<br>*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)* |
| **LEK Consulting LLC**<br>1133 Sixth Avenue<br>29th Floor<br>New York, NY 10039<br>*Defendant*<br>*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)* | **Fox Sports Interactive Media LLC**<br>818 West Seventh Street<br>Suite 930<br>Los Angeles, CA 90017<br>*Defendant*<br>*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)* |
| **BDS Capital Management LLC**<br>500 N. Broadway<br>Jericho, NY 11753<br>*Defendant*<br>*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)* | **Jordan Mendell**<br>c/o DraftKings, Inc.<br>125 Summer Street<br>Suite 510<br>Boston, MA 02110<br>*Defendant*<br>*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)* |
| **Mail.Ru Group**<br>39 Leningradsky Prospekt, Bld<br>Moscow, 125167<br>Russian Federation<br>*Defendant*<br>*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)* | **Turner Sports, Inc.**<br>One CNN Center<br>Atlanta, GA 30303<br>*Defendant*<br>*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)* |
| | **Google Capital**<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043<br>*Defendant*<br>*Civil Action No. 1:15-cv-09084 (S.D.N.Y.)* |