ATTACHMENT TO DEFENDANT FANDUEL, INC.'S
NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

CASE CAPTION AND PARTIES REPRESENTED

| No. | Case Name | Court | Party Represented |
|---|---|---|---|
| 1 | *Allgeier v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 3:15-cv-00798-GNS | USDC Western District of Kentucky | FanDuel, Inc. |
| 2 | *Backer, et al. v. FanDuel, Inc.*<br>Case No. 3:15-cv-01432 | USDC Middle District Tennessee | FanDuel, Inc. |
| 3 | *Bandy v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 4:15-cv-00637-JED-TLW | USDC Northern District of Oklahoma | FanDuel, Inc. |
| 4 | *Belton v. FanDuel, Inc. and DraftKings, Inc.*<br>Case. No. 1:15-cv-13602-RWZ | USDC District of Massachusetts | FanDuel, Inc. |
| 5 | *Belton v. FanDuel, Inc. and DraftKings, Inc.*<br>Case. No. 1:15-cv-08234-VSB | USDC Southern District of New York | FanDuel, Inc. |
| 6 | *Berg v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 1:15-cv-08612-WHP | USDC Southern District of New York | FanDuel, Inc. |
| 7 | *Boast v. FanDuel, Inc.*<br>Case No. 1:15-cv-01127-KBM-KK | USDC District of New Mexico | FanDuel, Inc. |
| 8 | *Buscema, et al. v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 1:15-cv-01121-RB-WPL | USDC District of New Mexico | FanDuel, Inc. |
| 9 | *Cadapan v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 1:15-cv-08719-GHW | USDC Southern District of New York | FanDuel, Inc. |
| 10 | *Cantamaglia, et al. v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 2:15-cv-06073-PD | USDC Eastern District of Pennsylvania | FanDuel, Inc. |
| 11 | *Carbone, et al. v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 3:15-cv-01740-JAM | USDC District of Connecticut | FanDuel, Inc. |
| 12 | *Carey v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 4:15-cv-01616-HEA | USDC Eastern District of Missouri | FanDuel, Inc. |
| 13 | *Champagne v. FanDuel, Inc., et al.*<br>Case No. 1:15-cv-08399-GHW | USDC Southern District of New York | FanDuel, Inc. |
| 14 | *Cooper v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 1:15-cv-23870-MGC | USDC Southern District of Florida | FanDuel, Inc. |

| | | | |
|---|---|---|---|
| 15 | *Cosper v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 2:15-cv-06720-SSV-DEK | USDC for the Eastern District of Louisiana | FanDuel, Inc. |
| 16 | *Firestone v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 1:15-cv-02376-CMA-CBS | USDC District of Colorado | FanDuel, Inc. |
| 17 | *Franco v. FanDuel, Inc., et al.*<br>Case No. 1:15-cv-09902 | USDC Southern District of New York | FanDuel, Inc.<br>FanDuel Deposits LLC |
| 18 | *Genchanok v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 2:15-cv-05127-MVL-KWR | USDC Eastern District of Louisiana | FanDuel, Inc. |
| 19 | *Giametta v. FanDuel, Inc., et al.*<br>Case No. 1:16-cv-00004 | USDC Eastern District of New York | FanDuel, Inc.<br>FanDuel, LLC<br>FanDuel Deposits LLC |
| 20 | *Gomez, et al. v. FanDuel, Inc., et al.*<br>Case No. 1:15-cv-23858-DPG | USDC Southern District of Florida | FanDuel, Inc. |
| 21 | *Guarino v. DraftKings, Inc. and FanDuel, Inc.*<br> Case No. 3:15-cv-01123-NJR-PMF | USDC Southern District of Illinois | FanDuel, Inc. |
| 22 | *Guercio, et al. v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 1:15-cv-09641-GHW | USDC Southern District of New York | FanDuel, Inc. |
| 23 | *Guttman v. Visa, Inc., et al.*<br>Case No. 1:15-cv-09084-SAS | USDC Southern District of New York | FanDuel, Inc. |
| 24 | *Hale v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 8:15-cv-01879-BRO-RAO | USDC Central District of California | FanDuel, Inc. |
| 25 | *Halperin v. FanDuel, Inc., et al.*<br>Case No. 1:15-cv-09725-VSB | USDC Southern District of New York | FanDuel, Inc.<br>FanDuel Deposits, LLC |
| 26 | *Dickerson v. FanDuel, Inc.*<br>Case No. 4:15-cv-00173-DMB-JMV | USDC Northern District of Mississippi | FanDuel, Inc. |
| 27 | *Hodge, et al. v. FanDuel, Inc.*<br>Case No. 1:15-cv-03950-TWT | USDC Northern District of Georgia | FanDuel, Inc. |

| 28 | *Holland v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 1:15-cv-13650-IT | USDC District of Massachusetts | FanDuel, Inc. |
|---|---|---|---|
| 29 | *Holloway v. FanDuel, Inc.*<br>Case No. 1:15-cv-00870-MHT-TFM | USDC Middle District of Alabama | FanDuel, Inc. |
| 30 | *Johnson, et al. v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 1:15-cv-07963-GHW | USDC Southern District of New York | FanDuel, Inc. |
| 31 | *Khirani v. FanDuel, Inc.*<br>Case No. 1:15-cv-08119-GBD | USDC Southern District of New York | FanDuel, Inc. |
| 32 | *Lahoff v. FanDuel, Inc.*<br>Case No. 1:15-cv-01134-JB-KBM | USDC District of New Mexico | FanDuel, Inc. |
| 33 | *Leonard v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 1:15-cv-13644-LTS | USDC District of Massachusetts | FanDuel, Inc. |
| 34 | *Lizardo v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 1:15-cv-13674-LTS | USDC District of Massachusetts | FanDuel, Inc. |
| 35 | *Lozada, et al. v. DraftKings, Inc. and Fanduel, Inc.*<br>Case No. 2:15-cv-02083-LSC | USDC Northern District of Alabama | FanDuel, Inc. |
| 36 | *Martin v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 5:15-cv-02167-BRO-RAO | USDC Central District of California | FanDuel, Inc. |
| 37 | *McCallie v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 1:15-cv-08463-GHW | USDC Southern District of New York | FanDuel, Inc. |
| 38 | *McDaid, et al. v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 1:15-cv-08181-GHW | USDC Southern District of New York | FanDuel, Inc. |
| 39 | *McIntyre v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 7:15-cv-08458 | USDC Southern District of New York | FanDuel, Inc. |
| 40 | *Medina, et al. v. DraftKings, Inc., and FanDuel, Inc.*<br>Case No. 1:15-cv-13807-LTS | USDC District of Massachusetts | FanDuel, Inc. |
| 41 | *Mosley v. FanDuel, Inc., et al.*<br>Case No. 1:15-cv-00912-CCE-LPA | USDC Middle District of North Carolina | FanDuel, Inc.<br>FanDuel Deposits, LLC |
| 42 | *Moton, et al. v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 2:15-cv-08557-JFW-PLA | USDC Central District of California | FanDuel, Inc. |

| 43 | *Pomeroy, et al. v. DraftKings, Inc., FanDuel, Inc.*<br>Case No. 1:15-cv-13625-GAO | USDC District of Massachusetts | FanDuel, Inc. |
|----|----|----|----|
| 44 | *Ritchie v. FanDuel, Inc.*<br>Case No. 4:15-cv-00776-JLH | USDC Eastern District of Arkansas | FanDuel, Inc. |
| 45 | *Spiegel, et al. v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 2:15-cv-08142-BRO-RAO | USDC Central District of California | FanDuel, Inc. |
| 46 | *Steiner v. Draftkings, Inc. and Fanduel, Inc.*<br>Case No. 8:15-cv-02795-SDM-JSS | USDC Middle District of Florida | FanDuel, Inc. |
| 47 | *Triantafylidis v. FanDuel, Inc.*<br>Case No. 4:15-cv-1007-DW | USDC Western District of Missouri | FanDuel, Inc. |
| 48 | *Tyler, et al. v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 1:15-cv-02159-SO | USDC Northern District of Ohio | FanDuel, Inc. |
| 49 | *Wallace v. FanDuel, Inc.*<br>Case No. 1:15-cv-00310-SPB | USDC Western District of Pennsylvania | FanDuel, Inc. |
| 50 | *Walls v. FanDuel, Inc.*<br>Case No. 2:16-cv-02004-SHM-CGC | USDC Western District of Tennessee | FanDuel, Inc. |
| 51 | *Walls v. FanDuel, Inc.*<br>Case No. 2:16-cv-02005--SHM-CGC | USDC Western District of Tennessee | FanDuel, Inc. |
| 52 | *Wax, et al. v. FanDuel, Inc., et al.*<br>Case No. 1:15-cv-24450-CMA | USDC Southern District of Florida | FanDuel, Inc. |
| 53 | *Weaver, et al. v. FanDuel, Inc. and DraftKings, Inc.*<br>Case No. 1:15-cv-08110-GHW | USDC Southern District of New York | FanDuel, Inc. |
| 54 | *White v. DraftKings, Inc. and FanDuel, Inc.*<br>Case No. 1:15-cv-08123-GHW | USDC Southern District of New York | FanDuel, Inc. |
| 55 | *Williams, et al. v. FanDuel, Inc.*<br>Case No. 1:15-cv-00153-GNS | USDC Western District of Kentucky | FanDuel, Inc. |
| 56 | *Tewes v. FanDuel, Inc.*<br>Case No. 4:16-cv-00007-CDL | USDC Middle District of Georgia | FanDuel, Inc. |